

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00444-CV

David **VILLARREAL**,
Appellant

v.

Jonabelle **JOSIANE** et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18748
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The reporter's record in this case was originally due on August 20, 2018. On August 28, 2018, this court granted the court reporter's request for an extension of time to file the record until September 20, 2018. On September 28, 2018, the court reporter requested an additional two weeks to file the reporter's record. The request is GRANTED. It is therefore ORDERED that the court reporter file the reporter's record no later than October 12, 2018. FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE DISFAVORED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court